■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN ESPINOSA, Appellant. [844 NYS2d 162]—Judgment, Supreme Court, Bronx County (Steven L. Barrett, J.), rendered on or about May 26, 2006, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Saxe, Nardelli, Sweeny and Catterson, JJ.

■ ARLENE BURGOS et al., Respondents, v ALAMO FINANCING LLP et al., Appellants, et al., Defendant. [843 NYS2d 509]—Order, Supreme Court, Bronx County (Wilma Guzman, J.), entered March 12, 2007, which denied the motion by defendants Alamo and Rivera for summary judgment, unanimously affirmed, with costs.

The proof on defendants' motion consisted mainly of deposition transcripts of the passengers and the adverse codefendant driver, but did not sufficiently demonstrate who was liable for the accident (*see e.g. Winegrad v New York Univ. Med. Ctr.*, 64 NY2d 851, 853 [1985]). Concur—Tom, J.P., Saxe, Nardelli, Sweeny and Catterson, JJ.